MICHAEL J. SHEPARD (SBN 91281)
 mshepard@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA  94111
Telephone:     +1 415 318 1200
Facsimile:       +1 415 318 1300

Attorneys for Defendant
MICHAEL PAUL STEPHENS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICHAEL PAUL STEPHENS,<br><br>            Defendant. | Case Nos. 4:21-CR-00341-YGR<br><br>**AMENDED JOINT STATUS REPORT, STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE AND EXCLUDE TIME, AND ORDER** |

The parties file this amended joint status report and stipulation in advance of the status conference set for March 16, 2023, and, based on this report, ask the Court to reschedule the status conference to May 25, 2023 at 11:00 a.m.

Mr. Stephens has been pre-screened for his eligibility for the CAP program. The defense has proposed, and the government does not oppose, that Pretrial Services conduct a full CAP assessment. Pretrial Services is willing to conduct that assessment, and the parties expect that the assessment will aid in the resolution of this case. Due to Mr. Stephens current residence outside of the Northern District of California, and his plans to relocate into the District, this process has taken longer than normal. Based on consultation with Pretrial Services, the defendant expects that the assessment may be completed in 6-8 weeks.

As a result, the parties request that the Court reschedule the status conference currently set for March 16, 2023 to May 25, 2023 at 11:00 a.m.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Michael Paul Stephens that the status conference scheduled for March 16, 2023 be reset to May 25, 2023 at 11:00 a.m., and that time be excluded under the Speedy Trial Act from March 16, 2023 to May 25, 2023.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery produced by the government, and for the parties to discuss resolution. The parties stipulate and agree that excluding time from March 16, 2023 to May 25, 2023 will allow for the effective preparation of counsel and for plea negotiations. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 16, 2023 to May 25, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned counsel for defendant certifies that he has obtained approval from the Assistant United States Attorney to file this joint request and stipulation.

IT IS SO STIPULATED.

DATED: March 14, 2023

KING & SPALDING LLP

/s/ Michael J. Shepard

MICHAEL J. SHEPARD
Attorneys for Defendant
MICHAEL PAUL STEPHENS

DATED: March 14, 2023

/s/

CHRISTOFFER LEE
Assistant United States Attorney

**ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the Court finds that failing to exclude the time from March 16, 2023 to May 25, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence including the review of discovery.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 16, 2023 to May 25, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 16, 2023 to May 25, 2023 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The status conference and possible change of plea hearing currently set for March 16, 2023 is RESET to May 25, 2023 at 11:00 a.m.

IT IS SO ORDERED.

DATED: March 14, 2023

HON. YVONNE GONZALEZ ROGERS
United States District Judge